In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-17-00272-CV

IN THE INTEREST OF D.B.W.F.

_____

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-06-06488-CV**

_____

## MEMORANDUM OPINION

The appellant filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on October 18, 2017
Opinion Delivered October 19, 2017

Before Kreger, Horton and Johnson, JJ.